UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHERRY E DAVIS,

    Plaintiff,

vs.

LOUIS DeJOY,
POSTMASTER GENERAL,

    Defendant.

Case No. 3:22-cv-22

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND (Doc. No. 39); AND (2) EXTENDING PLAINTIFF'S RESPONSE DEADLINE TO SEPTEMBER 20, 2024**

---

This case is before the Court upon Plaintiff's motion for an extension of time to respond to Defendants' Motions to Reconsider, Sever, and Continue. Doc. No. 39. For good cause shown, the Court **GRANTS** the unopposed motion and **EXTENDS** Plaintiff's response deadline to **September 20, 2024**.

    **IT IS SO ORDERED.**

September 11, 2024

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge